IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | No. 5:22-CR-39-CAR-CHW-3 |
| NICOLE THARPE, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER ON UNOPPOSED MOTION TO CONTINUE TRIAL

Currently before the Court is Defendant Antonio Lane's Unopposed Motion to Continue [Doc. 60] the pretrial conference scheduled for May 9, 2023, and the trial, which is set to begin on June 19, 2023, in Macon, Georgia. On July 12, 2022, the Grand Jury returned a two-count indictment against multiple Defendants charging Defendant Tharpe with Conspiracy to Possess with Intent to Distribute Controlled Substances and Possession with Intent to Distribute Methamphetamine. On February 22, 2023, Defendant was arrested, appointed counsel, pled not guilty at her arraignment, and was released on an unsecured bond pending trial. This case has once been previously continued as to Defendant Tharpe, and the Government does not oppose Defendant's current request.

In the Motion, defense counsel seeks additional time to fully review discovery, investigate the case, implement effective legal strategies, and engage in plea negotiations, if appropriate. Having considered the matter, the Court finds it serves the ends of justice

to grant Defendant's request. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time to address these matters and could result in a miscarriage of justice. Thus, Defendant's Unopposed Motion to Continue Trial [Doc. 60] is **GRANTED**, and **IT IS HEREBY ORDERED** that this case be continued until the August 7, 2023 term of Court for the Macon Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED,** this 8th day of May, 2023.

s/ C. Ashley Royal_____<br>
C. ASHLEY ROYAL, SENIOR JUDGE<br>
UNITED STATES DISTRICT COURT